UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH DIANE FLETCHER  Plaintiff,  v.  SUN TRUST BANK, *et al.*,  Defendants. | Case: 1:17-cv-00688 (F-Deck)  Assigned To : Unassigned  Assign. Date : 4/18/2017  Description: Pro Se Gen. Civil |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in a recent lawsuit, *see Fletcher v. Sun Trust Bank*, No. 17-0947 (D.D.C. filed Feb. 27, 2017), and it will be dismissed as duplicative.

An Order is issued separately.

_____
United States District Judge

DATE: 4/5/17